AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WILLIAM R. JOHNSON,**

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-11-0373**
**JPMORGAN CHASE & CO., et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendants.**

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed February 6, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 6, 2013                  JOHN P. HEHMAN, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk